PER CURIAM.
Affirmed without prejudice to appellant filing a sworn and timely motion for post-conviction relief. Fla. R.Crim. P. 3.850; Johnson v. State, 60 So.3d 1045, 1049, 1052 (Fla.2011); Seplow v. State, 82 So.3d 948 (Fla. 4th DCA 2011); Buie v. State, 100 So.3d 768, 769 (Fla. 5th DCA 2012); Crawford v. State, 77 So.3d 807, 808 (Fla. 3d DCA 2011); Green v. State, 62 So.3d 1148, 1149 (Fla. 1st DCA 2011).
WARNER, GERBER and CONNER, JJ., concur.